UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>v.<br><br>2011 GRAY MINI COOPER S, LICENSE PLATE JFB869M, VIN: WMWSV3C5XBTY13945,<br>**Defendant** *in Rem*. | CIVIL NO.: 20-1649 (JAG) |

**UNITED STATES OF AMERICA'S MOTION FOR
VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

COMES NOW the United States of America, to inform and request:

In Criminal Case No. 20-169 (PAD) USA v. Jesús Manuel Quiñones (2), the Honorable Court entered a Final Order of Forfeiture (ECF No. 135) as to the Defendant *in Rem* in the present case. As such, the United States respectfully moves the Honorable Court, pursuant to Fed.R. Civ.P 41(a)(2), to enter an order of voluntary dismissal in the instant case. The United States further requests that said order be without the imposition of costs, expenses, or attorney's fees.

1

*Civil No.: 20-1649 (JAG)*

    WHEREFORE the United States respectfully prays to the Honorable Court that the present case be dismissed.

    RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 30th day of January 2024.

                          W. Stephen Muldrow
                          United States Attorney

                          *s/ Manuel Muñiz-Lorenzi*
                          Manuel Muñiz-Lorenzi
                          Assistant U.S. Attorney
                          USDC # G03304
                          350 Carlos Chardón Street
                          Torre Chardón Street, Suite 1201
                          Hato Rey, Puerto Rico 00918
                          Tel. (787) 772-3945
                          Manuel.Muniz.Lorenzi@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this same date, January 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

                          *s/ Manuel Muñiz-Lorenzi*
                          Manuel Muñiz-Lorenzi
                          Assistant U.S. Attorney