IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

2011 MINI COOPER S, LICENSE PLATE JEB869, VIN: WMWSV3C5XBTY13945,

    Defendant In Rem.

CIVIL NO. 20-1649 (PAD)

## JUDGMENT

In accordance with the Order issued today (Docket No. 19), judgment is hereby entered dismissing the case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of January, 2024.

                                                  s/Pedro A. Delgado-Hernández
                                                PEDRO A. DELGADO-HERNÁNDEZ
                                                United States District Judge